**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SILVERSTRAND INVESTMENTS, SAFRON CAPITAL CORPORATION, and BRIARWOOD INVESTMENTS, INC., On Behalf of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAG PHARMACEUTICALS, INC., BRIAN J.G. PEREIRA, M.D., DAVID A. ARKOWITZ, JOSEPH V. BONVENTRE, M.D., MICHAEL NARACHI, ROBERT J. PEREZ, LESLEY RUSSELL, M.D., DAVEY S. SCOON, RON ZWANZIGER, MORGAN STANLEY CO. INCORPORATED, J.P. MORGAN SECURITIES INC., GOLDMAN, SACHS CO., LEERINK SWANN LLC, ROBERT W. BAIRD CO. INCORPORATED, and CANACCORD GENUITY INC.,<br><br>Defendants. | No. 1:10-cv-10470-NMG |

**CERTIFICATE OF MEMBERSHIP IN GOOD STANDING**
**OF MARK S. HAMILL**

Mark S. Hamill, Esquire, of New York, New York hereby does depose and certify:

1. My name is Mark S. Hamill.

2. I am Of Counsel in the law firm Abraham, Fruchter & Twersky, LLP.

3. I am a member in good standing of the bar of the United States District Court for the Northern District of Illinois, the United States Courts of Appeals for the First and Sixth Circuits, and the bar of the State of Illinois.

4. There are no disciplinary proceedings against me as a member of the bar in any of the jurisdictions where I have been admitted to practice.

5.       I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.       My application to practice in this court is made by motion this day by Betsy Ehrenberg of Pyle Rome Ehrenberg PC, a member in good standing of the bar in this District.

Signed under the penalties and pains of perjury this 17th day of October 2013.

                                            */s/ Mark S. Hamill*
                                            Mark S. Hamill
                                            (Illinois State Bar No. 6275071)
                                            ABRAHAM, FRUTCHER & TWERSKY, LLP
                                            One Penn Plaza, Suite 2805
                                            New York, NY 10119
                                            Tel: (212) 279-5050
                                            Fax:(212) 279-3655
                                            *mhamill@aftlaw.com*

*Certificate of Service*

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 17, 2013.

               /s/ *Betsy Ehrenberg*
               Betsy Ehrenberg