UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILVERSTRAND INVESTMENTS, SAFRON CAPITAL CORPORATION, and BRIARWOOD INVESTMENTS, INC., On Behalf of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAG PHARMACEUTICALS, INC., BRIAN J.G. PEREIRA, M.D., DAVID A. ARKOWITZ, JOSEPH V. BONVENTRE, M.D., MICHAEL NARACHI, ROBERT J. PEREZ, LESLEY RUSSELL, M.D., DAVEY S. SCOON, RON ZWANZIGER, MORGAN STANLEY CO. INCORPORATED, J.P. MORGAN SECURITIES INC., GOLDMAN, SACHS CO., LEERINK SWANN LLC, ROBERT W. BAIRD CO. INCORPORATED, and CANACCORD GENUITY INC.,<br><br>Defendants. | No. 1:10-cv-10470-NMG<br><br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF TAKEO A. KELLAR |

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned counsel, a member in good standing of the bar of this Court, hereby moves on behalf of Plaintiffs Silverstrand Investments, Safron Capital Corporation, and Briarwood Investments, Inc. that Takeo A. Kellar, Esquire, of Abraham, Fruchter & Twersky, LLP, be admitted *pro hac vice* in the above-captioned case as counsel of record with local counsel identified below. In support of this request, the undersigned submits herewith the Certificate of Good Standing of Takeo A. Kellar.

Respectfully submitted,

 /s/ *Betsy Ehrenberg*
Betsy Ehrenberg, BBO # 554628
Pyle Rome Ehrenberg PC
18 Tremont Street, Suite 500
Boston, MA 02108
Phone:  617-367-7200
Fax:  617-368-4820
E-mail:  behrenberg@pylerome.com

Date: October 17, 2013

## *Certificate of Service*

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 17, 2013.

      /s/ *Betsy Ehrenberg*
      Betsy Ehrenberg