**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SILVERSTRAND INVESTMENTS, SAFRON CAPITAL CORPORATION, and BRIARWOOD INVESTMENTS, INC., On Behalf of Themselves And All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>AMAG PHARMACEUTICALS, INC., BRIAN J.G. PEREIRA, M.D., DAVID A. ARKOWITZ, JOSEPH V. BONVENTRE, M.D., MICHAEL NARACHI, ROBERT J. PEREZ, LESLEY RUSSELL, M.D., DAVEY S. SCOON, RON ZWANZIGER, MORGAN STANLEY CO. INCORPORATED, J.P. MORGAN SECURITIES INC., GOLDMAN, SACHS CO., LEERINK SWANN LLC, ROBERT W. BAIRD CO. INCORPORATED, and CANACCORD GENUITY INC.,<br><br>                Defendants. | No. 1:10-cv-10470-NMG |

**CERTIFICATE OF MEMBERSHIP IN GOOD STANDING**
**TAKEO A. KELLAR**

Takeo A. Kellar, Esquire, of San Diego, California hereby does depose and certify:

1. My name is Takeo A. Kellar.

2. I am an attorney at the law firm Abraham, Fruchter & Twersky, LLP.

3. I am a member in good standing of the bar of the United States District Court for the Northern, Southern and Central Districts of California, the United States Court of Appeals for the Ninth Circuit, and the California State Bar.

4. There are no disciplinary proceedings against me as a member of the bar in any of the jurisdictions where I have been admitted to practice.

5.       I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.       My application to practice in this court is made by motion this day by Betsy Ehrenberg of Pyle Rome Ehrenberg PC, a member in good standing of the bar in this District.

Signed under the penalties and pains of perjury this 17th day of October 2013.

                                      */s/ Takeo A. Kellar*
                                      Takeo A. Kellar
                                      (California State Bar No. 234470)
                                      ABRAHAM, FRUTCHER & TWERSKY, LLP
                                      12526 High Bluff Drive, Suite 300
                                      San Diego, CA 92130
                                      Tel: (858) 792-3448
                                      Fax: (858) 792-3449
                                      *tkellar@aftlaw.com*

*Certificate of Service*

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 17, 2013.

                /s/ *Betsy Ehrenberg*
                Betsy Ehrenberg