UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILVERSTRAND INVESTMENTS, SAFRON CAPITAL CORPORATION AND BRIARWOOD INVESTMENTS, INC., On Behalf of Themselves And All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>AMAG PHARMACEUTICALS, INC., DR. BRIAN J.G. PEREIRA, DAVID A. ARKOWITZ, JOSEPH V. BONVENTRE, M.D., MICHAEL NARACHI, ROBERT J. PEREZ, LESLEY RUSSELL, M.D., DAVEY S. SCOON, RON ZWANZIGER, MORGAN STANLEY CO., INC.; J.P. MORGAN SECURITIES, INC., GOLDMAN SACHS CO., LEERINK SWANN LLC, ROBERT W. BAIRD CO., AND CANNACORD GENUITY INC.,<br><br>                Defendants. | C.A. No.  10-CV-10470-NMG |

**MOTION FOR ADMISSION TO APPEAR
*PRO HAC VICE* FOR ANGELA L. DUNNING**

I, Karen L. Burhans, a member of the Bar of this Court and an associate with the law firm of Cooley LLP, counsel of record for Defendants AMAG Pharmaceuticals, Inc., Dr. Brian J.G. Pereira, M.D., David A. Arkowitz, Joseph V. Bonventre, M.D., Michael Narachi, Robert J. Perez, Lesley Russell, M.D., Davey S. Scoon, and Ron Zwanziger (the "AMAG Defendants") in this matter, hereby move, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, that Angela L. Dunning, Special Counsel in the Palo Alto, California office of Cooley LLP, be admitted to appear and practice in this Court in this case to represent the AMAG Defendants.

1. Ms. Dunning is admitted to practice, a member in good standing, and eligible to practice in the following courts:

| Title of Court | Date admitted |
| --- | --- |
| Northern District of California | 03/09/2001 |
| Central District of California | 09/19/2008 |
| Eastern District of California | 12/18/2006 |
| District of Colorado | 04/09/2010 |
| United States Court of Appeals for the First Circuit | 02/10/2012 |
| United States Court of Appeals for the Ninth Circuit | 03/03/2003 |
| California State Courts | 12/28/2000 |

2. Ms. Dunning is not currently suspended or disbarred in any jurisdiction.

3. There are no disciplinary proceedings pending (nor have any ever been brought) against Ms. Dunning as a member of the bar in any jurisdiction, and she is familiar with the Local Rules of this Court.

4. The Certification of Angela L. Dunning in Support of Motion for Admission *Pro Hac Vice* is attached hereto as Exhibit A.

5. Payment in the amount of $100.00 is being submitted electronically concurrent with the filing of this motion.

**WHEREFORE, THE AMAG DEFENDANTS RESPECTFULLY REQUEST THAT THE COURT GRANT THIS MOTION**

Dated: October 29, 2013

Respectfully submitted,

AMAG PHARMACEUTICALS, INC., DR. BRIAN J.G. PEREIRA, M.D., DAVID A. ARKOWITZ, JOSEPH V. BONVENTRE, M.D., MICHAEL NARACHI, ROBERT J. PEREZ, LESLEY RUSSELL, M.D., DAVEY S. SCOON, AND RON ZWANZIGER

By Their Attorneys,

/s/ Karen L. Burhans
Robert B. Lovett (BBO #561691)
Karen L. Burhans (BBO #679017)
COOLEY LLP
500 Boylston Street
Boston, MA  02116-3736
Tel.:  (617) 937-2300
Fax:  (617) 937-2400
rlovett@cooley.com
kburhans@cooley.com

John C. Dwyer (admitted *pro hac vice*)
Angela L. Dunning (*pro hac vice* pending)
COOLEY LLP
Five Palo Alto Square, 4th Fl
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel:   (650) 843-5000
Fax:  (650) 857-0663
dwyerjc@cooley.com
adunning@cooley.com

## **LOCAL RULE 7.1 CERTIFICATION**

I, Karen L. Burhans, counsel for Defendants AMAG Pharmaceuticals, Inc., Dr. Brian J.G. Pereira, M.D., David A. Arkowitz, Joseph V. Bonventre, M.D., Michael Narachi, Robert J. Perez, Lesley Russell, M.D., Davey S. Scoon, and Ron Zwanziger (the "AMAG Defendants") hereby certify that counsel for the parties conferred concerning the subject of this motion prior to filing, and that Plaintiffs do not oppose the relief requested herein.

/s/Karen L. Burhans
Karen L. Burhans

## CERTIFICATE OF SERVICE

I, Karen L. Burhans, certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 29, 2013.

    /s/Karen L. Burhans
Karen L. Burhans
COOLEY LLP
500 Boylston Street
Boston, MA  02116-3736
Tel.:  (617) 937-2300
Fax:  (617) 937-2400
kburhans@cooley.com