# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILVERSTRAND INVESTMENTS, SAFRON CAPITAL CORPORATION AND BRIARWOOD INVESTMENTS, INC., On Behalf of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAG PHARMACEUTICALS, INC., DR. BRIAN J.G. PEREIRA, DAVID A. ARKOWITZ, JOSEPH V. BONVENTRE, M.D., MICHAEL NARACHI, ROBERT J. PEREZ, LESLEY RUSSELL, M.D., DAVEY S. SCOON, RON ZWANZIGER, MORGAN STANLEY CO., INC.; J.P. MORGAN SECURITIES, INC., GOLDMAN SACHS CO., LEERINK SWANN LLC, ROBERT W. BAIRD CO., AND CANNACORD GENUITY INC.,<br><br>Defendants. | C.A. No. 10-CV-10470-NMG |

**CERTIFICATION OF ANGELA L. DUNNING IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to L.R. 83.5.3 of this Court, I, Angela L. Dunning, do hereby certify that I am admitted to practice in the following courts:

| *Title of Court* | *Date admitted* |
|---|---|
| **Northern District of California** | **03/09/2001** |
| **Central District of California** | **09/19/2008** |
| **Eastern District of California** | **12/18/2006** |
| **District of Colorado** | **04/09/2010** |
| **United States Court of Appeals for the First Circuit** | **02/10/2012** |
| **United States Court of Appeals for the Ninth Circuit** | **03/03/2003** |
| **California State Courts** | **12/28/2000** |

I am currently practicing law with the law firm of Cooley LLP, located at 3175 Hanover Street, Palo Alto, California, 94304-1130.

I am in good standing in all of the aforementioned courts to which I am admitted to practice, and I am not currently under suspension or disbarment. I also certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Angela L. Dunning*
Angela L. Dunning
California Bar No.: 212047
COOLEY LLP
3175 Hanover Street
Palo Alto, California, 94304-1130
Phone: (650) 843-5480
Fax: (650) 849-7400

Dated: October 29, 2013        *adunning@cooley.com*