UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILVERSTRAND INVESTMENTS, SAFRON CAPITAL CORPORATION AND BRIARWOOD INVESTMENTS, INC., On Behalf of Themselves And All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>AMAG PHARMACEUTICALS, INC., DR. BRIAN J.G. PEREIRA, DAVID A. ARKOWITZ, JOSEPH V. BONVENTRE, M.D., MICHAEL NARACHI, ROBERT J. PEREZ, LESLEY RUSSELL, M.D., DAVEY S. SCOON, RON ZWANZIGER, MORGAN STANLEY CO. INCORPORATED, J.P. MORGAN SECURITIES INC., GOLDMAN, SACHS CO., LEERINK SWANN LLC, ROBERT W. BAIRD CO. INCORPORATED, and CANACCORD GENUITY INC.,<br><br>                Defendants. | C.A. No.  10-CV-10470-NMG |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF SETTLEMENT**

Lead Plaintiffs Silverstrand Investments, Safron Capital Corporation, and Briarwood Investments, Inc. ("Lead Plaintiffs") hereby move the Court pursuant to Rule 23(e) of the Federal Rules of Civil procedure for an order:  (1) granting preliminary approval of the proposed Settlement which provides for the payment of $3,750,000 in cash to resolve this securities class action against Defendants; (2) certifying the Settlement Class pursuant to Rule 23 for purposes of effectuating the proposed Settlement; (3) directing that Settlement Class Members be given notice of the pendency of this Action and the proposed Settlement in substantially the same form and manner set forth in the Stipulation; (4) setting a hearing date for the Court to consider final approval of the proposed Settlement and related matters; and (5) setting a schedule for various events related thereto.

In support of their motion, Lead Plaintiffs rely on the Stipulation of Settlement and the exhibits annexed thereto, dated September 12, 2014, and the Memorandum of Law in Support of Lead Plaintiffs' Motion for Preliminary Approval of Settlement, submitted herewith, which are incorporated herein in their entirety.

Dated: September 12, 2014               Respectfully submitted,

                                        ABRAHAM, FRUCHTER
                                           & TWERSKY, LLP

                                        /s/     Ian D. Berg

                                        Ian D. Berg (admitted *pro hac vice*)
                                        Takeo A. Kellar (admitted *pro hac vice*)
                                        12526 High Bluff Drive, Suite 300
                                        San Diego, CA 92130
                                        Tel: (858)792-3448
                                        Fax: (858)792-3449
                                        *iberg@aftlaw.com*
                                        *tkellar@aftlaw.com*

                                                -and-

Jack G. Fruchter (admitted *pro hac vice*)
Mitchell M.Z. Twersky (admitted *pro hac vice*)
Mark S. Hamill (admitted *pro hac vice*)
One Penn Plaza, Suite 2805
New York, New York 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
*jfruchter@aftlaw.com*
*mtwersky@aftlaw.com*
*mhamill@aftlaw.com*

*Lead Counsel and Attorneys for Lead Plaintiffs*
*Silverstrand Investments, Safron Capital*
*Corporation and Briarwood Investments, Inc.*


PYLE, ROME, EHRENBERG PC
Betsy L. Ehrenberg (BBO #554628)
2 Liberty Square, 10th Floor
Boston, MA 02109
Tel: 617.367.7200
Fax: 617.367.4820
*behrenberg@pylerome.com*

*Liaison Counsel for Lead Plaintiffs*

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that counsel for Lead Plaintiffs conferred in good faith with counsel for Defendants, and Defendants do not oppose the relief requested herein.

                                          /s/ *Ian D. Berg*
                                          Ian D. Berg

**CERTIFICATE OF SERVICE**

    I, Ian D. Berg, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 12, 2014.

                                        /s/ *Ian D. Berg*
                                        Ian D. Berg