UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILVERSTRAND INVESTMENTS, SAFRON CAPITAL CORPORATION, and BRIARWOOD INVESTMENTS, INC., On Behalf of Themselves and All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>AMAG PHARMACEUTICALS, INC., BRIAN J.G. PEREIRA, M.D, DAVID A. ARKOWITZ, JOSEPH V. BONVENTRE, M.D., MICHAEL NARACHI, ROBERT J. PEREZ, LESLEY RUSSELL, M.D., DAVEY S. SCOON, RON ZWANZIGER, MORGAN STANLEY CO. INCORPORATED, J.P. MORGAN SECURITIES INC., GOLDMAN, SACHS CO., LEERINK SWANN LLC, ROBERT W. BAIRD CO. INCORPORATED, and CANACCORD GENUITY INC.,<br><br>               Defendants. | C.A. No.  10-CV-10470-NMG |

**[PROPOSED] FINAL JUDGMENT**

In accordance with the Court's _____ Order Approving the Settlement and Order of Dismissal with Prejudice, judgment is hereby entered.

Dated: Boston, Massachusetts          BY:

_____ \_\_, 2014                    _____
                                                            CLERK OF COURT

108160267 v1/NAActive