UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILVERSTRAND INVESTMENTS, SAFRON CAPITAL CORPORATION AND BRIARWOOD INVESTMENTS, INC., On Behalf of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAG PHARMACEUTICALS, INC., DR. BRIAN J.G. PEREIRA, DAVID A. ARKOWITZ, JOSEPH V. BONVENTRE, M.D., MICHAEL NARACHI, ROBERT J. PEREZ, LESLEY RUSSELL, M.D., DAVEY S. SCOON, RON ZWANZIGER, MORGAN STANLEY CO. INCORPORATED, J.P. MORGAN SECURITIES INC., GOLDMAN, SACHS CO., LEERINK SWANN LLC, ROBERT W. BAIRD CO. INCORPORATED, and CANACCORD GENUITY INC.,<br><br>Defendants. | C.A. No. 10-CV-10470-NMG |

**LEAD PLAINTIFFS' NOTICE AND MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that, pursuant to the Court's October 2, 2014 Order Preliminarily Approving Settlement and Providing For Notice (Dkt. 154) and Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, Lead Counsel, Abraham, Fruchter & Twersky, LLP ("Lead Counsel"), on behalf themselves and Lead Plaintiffs Silverstrand Investments, Safron Capital Corporation, and Briarwood Investments, Inc. ("Lead Plaintiffs") will hereby move, on January 30, 2015, at 11:00 a.m., at the United States District Court for the District of Massachusetts, 1 Courthouse Way, Courtroom 4, Boston, Massachusetts 02110, for entry of an order: (1) awarding attorneys' fees in the amount of thirty percent (30%) of the Settlement Fund; (2) awarding Lead Counsel $44,062.13 in expenses in connection with prosecuting and resolving the Litigation; and (3) granting Court-appointed Lead Plaintiffs' application for an award from the Settlement Fund, pursuant to 15 U.S.C. §77z-1(a)(4), for their time and expenses.

In support of their motion, Lead Plaintiffs rely on the accompanying Memorandum of Law in Support of Award of Attorneys' Fees and Reimbursement of Expenses, and the Declaration of Ian D. Berg and exhibits thereto, submitted herewith; the Stipulation of Settlement and the exhibits annexed thereto, dated September 12, 2014; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Dated: December 23, 2014        Respectfully submitted,

                                  ABRAHAM, FRUCHTER
                                     & TWERSKY, LLP

                                /s/   *Ian D. Berg*

                                Ian D. Berg (admitted *pro hac vice*)
                                Takeo A. Kellar (admitted *pro hac vice*)
                                12526 High Bluff Drive, Suite 300
                                San Diego, CA 92130
                                Tel: (858)792-3448
                                Fax: (858)792-3449
                                *iberg@aftlaw.com*

*tkellar@aftlaw.com*

   -and-

Jack G. Fruchter (admitted *pro hac vice*)
Mitchell M.Z. Twersky (admitted *pro hac vice*)
Mark S. Hamill (admitted *pro hac vice*)
One Penn Plaza, Suite 2805
New York, New York 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
*jfruchter@aftlaw.com*
*mtwersky@aftlaw.com*
*mhamill@aftlaw.com*

*Lead Counsel and Attorneys for Lead Plaintiffs Silverstrand Investments, Safron Capital Corporation and Briarwood Investments, Inc.*


PYLE, ROME, EHRENBERG PC
Betsy L. Ehrenberg (BBO #554628)
2 Liberty Square, 10th Floor
Boston, MA 02109
Tel: 617.367.7200
Fax: 617.367.4820
*behrenberg@pylerome.com*

*Liaison Counsel for Lead Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I, Ian D. Berg, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 23, 2014.

      /s/ *Ian D. Berg*
      Ian D. Berg